

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2014

No. 04-14-00014-CV

Sherman Patrick Wayne **MILLER**,
Appellant

v.

Lee Ann Marie **MILLER**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-12-51753-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

The reporter's record is due July 1, 2014. On June 19, 2014, the court reporter filed a notification of late record stating she does not intend to prepare or file the record because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b). The reporter also notes that appellant has not requested the record, and that counsel for appellant has twice advised that she intends to dismiss the appeal.

On May 22, 2014, appellant's counsel telephoned this court and advised that she intended to dismiss the appeal because the trial court had granted a motion for new trial. When no motion to dismiss was forthcoming, this court attempted to contact appellant's counsel by phone on three separate occasions, leaving messages with regard to counsel's intent with regard to the continuation of the appeal. Counsel has failed to return this court's calls and has not filed a motion to dismiss the appeal. When we contacted the district clerk with regard to the existence of any order granting a new trial, we were advised that although a motion for new trial had been filed, there was no order on file granting the order.

Accordingly, we **order** appellant to provide written proof to this court on or before **JULY 7, 2014** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See* TEX. R. APP. P. 35.3(b). If appellant fails to respond within the time provided, appellant's brief will be due **July 28, 2014**, and the court will only

consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision.  *See* Tex. R. App. P. 37.3(c).

We **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court